UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- -X

ISRAEL BECKLES,

              Plaintiff,

    -v-

THE CITY OF NEW YORT, POLICE OFFICER
MICHAEL KATINAS, and POLICE OFFICERS JOHN
DOES 1-3,

              Defendants.

------------------------------------------------------------------- -X

07 CIV. 11355 (DLC) (DFE)*

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |

\* Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:    New York, New York
              March 24, 2008

                                             _____
                                             DENISE COTE
                                             United States District Judge